**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION** | ) | **3:12-md-02385-DRH** |
| | ) | **MDL No. 2385** |

**This Document Relates To:**

The **Member Actions** Subject to the NOTICE of Settlement *of Stipulation of Dismissal with Prejudice of Settled Actions* (**MDL 2385 Doc. 621**) and Identified in Exhibit 1 Attached Thereto (**MDL 2385 Doc. 621-1**)

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 23, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:** ***/s/Cheryl A. Ritter***
**Deputy Clerk**

**Dated:** February 2, 2015

David R. Herndon 2015.02.02 09:42:57 -06'00'

**APPROVED:**
**DISTRICT JUDGE**
**U. S. DISTRICT COURT**